UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
----------------------------------------------------------X

JAMES SWEENY on behalf of himself and all others similarly situated,

        Plaintiff,

v.

FORCE FACTOR LLC,
        Defendant.

----------------------------------------------------------X

Case No.: 2:22-cv-07572 -MCA-JBC

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, through his undersigned counsel, hereby gives notice that this action is voluntarily dismissed *with prejudice*.

Dated: February 27, 2023
       White Plains, New York

**DENLEA & CARTON LLP**

By: /s/ Steven R. Schoenfeld
Steven R. Schoenfeld
James R. Denlea *(Pro Hac Vice to be filed)*
Jeffrey I. Carton *(Pro Hac Vice to be filed)*
Stan Sharovskiy *(Pro Hac Vice to be filed)*
2 Westchester Park Drive, Suite 410
White Plains, New York 10604
Tel.: (914) 331-0100
Fax: (914) 331-0105
jdenlea@denleacarton.com
jcarton@denleacarton.com
sschoenfeld@denleacarton.com

KRAVIT SMITH LLP

Philip M. Smith
75 South Broadway, Suite 400
White Plains, New York 10601
Tel.: (646) 433-8004
Fax: (917) 858-7101
psmith@kravitsmithllp.com

SO ORDERED

  *s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date: 3/7/23

1